Pages #1-8 Original

```
1  JIMMIE STEPHEN C56483
2  P.O. Box 8101
3  San Luis Obispo, California
```

FILED
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court
Southern

'07 CV 2112 - LAB BLM

JIMMIE STEPHEN
Petitioner

v.

I.R.S. - Fresno Calif.
et al Respondents

"Writ of Mandamus"
28 USC "1361"

(Jurisdiction while at RJ Donovan in 2004.. So U.S.D.C. Has "Jurisdiction")

Petitioner Jimmie Stephen Hereby Petition this Court for a "Petition for Mandamus" Issue and "Order" Respondents to "Show Cause" as to the Continual and constant "Harassment" by "Written" "Notices" by the "Internal Revenue Service" of "Fresno California" and other IRS offices throughout the "United States" for "meaningless" and "frivolous" "Unsubstanciated" frivolous Reasons of money owed.. Aggs v Fortune 334. F3D. 916 (9th 2004). Due Process.. 1st. 5th & 14th Implicated).

1.

"Petition with Memorandum"
Points a Authorities..

To the Honorable Presiding Justice and Honorable Presiding Justices of the U.S. District Court. Central..

Petitioner Jimmie Stephen Respectfully Petitions this court for a Writ of Mandamus / Prohibition directed to Respondent Court, and by this Verified Petition alleges that:

I

Petitioner Jimmie Stephen in the above entitled action as the IRS is the Named Respondent based upon "Frivilous" Harassment" via U.S. mail in sum of $450.68..

II

Petitioner was accused of owing the "IRS" a total of $308.00 with Penalities. Interest is now $450.68 cents since 2004.. is the "Tax Year" under 1040 E2 forms. as basis for this "Petition" and "Harassment"..

III

In 2004 under 1040-E2 Tax form is the Principal "Cause of Action" for total $450.68.. In Social Security Number 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.. copy enclosed in Exhibit #1..

IV

Petitioner is particularily aggravated by Respondents actions in which is resulting in "Irreparable Damage" to Petitioner "Bouns v Smith" 430. OS. 817 (1977). refers to court..

2

As Petitioner has been in Prison since 6-6-89 and does not remember acts stated in 2004 by Respondents of $450.68 owed to "IRS"..

This charge is "without merit"..

As in 2004 Petitioner resided in San Diego at RJ Donovan Corr. fac...

## V

All proceeding or act occured in Jurisdiction of Territories of this Court USDC-Southern..

## VI

No other Petition or Writ has been made by, or on behalf of this Petitioner to this matter..

## VII

Petitioner has no other plain, speedy, or adequate remedy at Law.. as only by extraordinary Writ.. as Petitioner is Indigent to pursue attorney ect..

## VIII

Respondents must be, should be "Restrained" from further "Harassment" by U.S. mail ect. when in Prison with "no" Employment or "monies" since 6-6-89., to pay or substanciate their act of "Harassment" ect..

Whereas Petitioner pray a Premptory Writ Prohibition Restraining Respondents from further "Harassment".

A Premptory Writ of Mandate issue ordering Respondents to "Show Cause" by alternate Writ. ect.

Petitioner be granted such other relief that's appropiate..

Date 10-25-07    True request frand or perjury

Signature [signed]

3

Exhibit #1

Copy of IRS Statement as to Monies since 2004 in sum of $450.58..

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.



### Interest: $62.94



000893   **09 Interest**

We charged interest because you did not pay your tax on time. We multiplied the factor times the principal. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full. The interest rate is variable and may change quarterly. We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

The table below shows how we figured your interest. We multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/2005 | 09/30/2005 | 168 | 6.0% | 0.027998974 | 308.00 | 8.62 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 316.62 | 5.64 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 322.26 | 11.38 |
| 06/30/2006 | 10/16/2006 | 108 | 8.0% | 0.023950964 | 333.64 | 7.99 |
| 10/16/2006 | 12/31/2006 | 76 | 8.0% | 0.016795189 | 384.75 | 6.46 |
| 12/31/2006 | 06/30/2007 | 181 | 8.0% | 0.040464123 | 391.21 | 15.83 |
| 06/30/2007 | 10/15/2007 | 107 | 8.0% | 0.023726586 | 407.04 | 9.66 |
| | | | | | Total Interest: | 65.58 |

\*   Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

B081597                                                                                                    CP:      71

Case 3:07-cv-02112-LAB-BLM     Document 1      Filed 11/01/2007     Page 6 of 10
Fresno Service Center          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               Tax Period:    December 31, 2004

000893

---

✂ **CUT HERE** ─────────────────────────────────────────────────

Return this voucher with your payment or correspondence.

| Your Telephone Number: | Best Time to Call: |
|---|---|
| ( )____-_____ | ____AM____PM |

**Amount you owe:**   **$450.58**

- You will avoid additional penalties and/or interest if we receive your full payment by **October 25, 2007**

☐ **Amount enclosed:**   $_____
- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

WI        200740        07        89207-100-30282-5

71    Internal Revenue Service
      Fresno, CA   93888-0010

JIMMIE STEPHEN
CALIF DEPT CORREC DONOVAN PRISON
CALIF DEPT CORRECTIONS DONOVAN
SAN DIEGO CA  92179

573884087 XP STEP 30 0 200412 670 00000045058

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|---|---|---|---|---|---|
| 1040EZ | 2004 | $387.64 | $.00 | $62.94 | $450.58 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-0922 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**
If you don't agree with the amount shown on this statement, please call us at 1-800-829-0922, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**
By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**
If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

**Will the IRS contact others about my tax account?**
Generally, it is our practice to deal directly with a taxpayer or a taxpayer's duly authorized representative. However, we sometimes talk with other persons (such as a neighbor, bank, employer or employees) when we need information that the taxpayer has been unable to provide, or to verify information we have received. If we contact other persons, you have the right to request a list of those contacted.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*



Department of the Treasury  
Internal Revenue Service  
Fresno, CA  93888-0010

For assistance, call:  
1-800-829-0922  
Your Caller ID:  238384

Notice Number: CP71  
Date:  October 15, 2007

Taxpayer Identification Number:  
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  
Tax Form: 1040EZ  
Tax Year: December 31, 2004



JIMMIE  STEPHEN  
CALIF DEPT CORREC DONOVAN PRISON  
CALIF DEPT CORRECTIONS DONOVAN  
SAN DIEGO  CA  92179

000893

---

### Reminder:  You owe past due taxes for 2004

|  |  |
|---|---|
| Amount Owed: | $450.58 |
| Pay by: | October 25, 2007 |

**Why am I getting this notice?**  
You have a past due tax balance for 2004. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**  
If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 2004 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-0922 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by October 25, 2007, we will continue to add penalties and interest until the amount is paid in full.*

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA       )
                          ) SS
COUNTY OF SAN DIEGO       )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, KHALID QADIR, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On 10-25-07, I served the following documents:

~~SUPPLEMENT # 1~~ TO "MANDAMUS"

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

~~ATTORNEY GENERAL
110 W. "A" STREET # 1100
SAN DIEGO CALIFORNIA
92101~~

IRS
FRESNO CALIFORNIA
93888-0010

USDC SOUTHERN
880 FRONT ST # 4290
SAN DIEGO CALIFORNIA 92101

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 10-25-07

_____
khalid qadir
P.O. Box 8101
San ~~Diego~~ Luis Obispo Calif 93409-8101

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

8

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jimmie Stephen

**DEFENDANTS**

IRS

FILED
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Luis Obispo
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jimmie Stephen
PO Box 8101
San Luis Obispo, CA 93409
C-56483

**ATTORNEYS (IF KNOWN)**

'07CV 2112  LAB BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 ~~18~~ USC 1361

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE _____  Docket Number _____

DATE 11/1/2007

~~SIGNATURE OF ATTORNEY OF RECORD~~
R. Mullis