**FILED**
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
~~CENTRAL~~ Eastern DISTRICT OF CALIFORNIA

Jimmie Stephen C56983

PRISONER/PLAINTIFF,

v.

Warden Marshal

DEFENDANT(S).

CASE NUMBER 07CV 2112 LAB BLM

**REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT**

I, Jimmie Stephen, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    _____

    _____

    b. State the place of your incarceration  CMC- San Luis Obispo
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?  ☐Yes ☒No
    b. Rent payments, interest or dividends?             ☐Yes ☒No
    c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
    d. Gifts or inheritances?                            ☐Yes ☒No
    e. Any other income (other than listed above)?       ☐Yes ☒No
    f. Loans?                                            ☐Yes ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

    If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

    If the answer is yes, describe the property and state it approximate value: _____

    _____

5. In what year did you last file an Income Tax Return? __1973_____

    Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: NONE

    _____

    _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____California_____          _____San Luis Obispo_____
        State                      County (or City)

I, ___Jimmie Stephen___, declare under penalty of perjury that the foregoing is true and correct.

___10-25-07___                 ___[signature]___
    Date                      Prisoner/Plaintiff (Signature)

*Note: Send to court with 6 month trust statement*

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __0.00__ on account at the __California Men's Colony__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ __0__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __0__.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached. *four 4*

__July 26, 2007__                __Karen L. Mock__
Date                             Authorized Officer of Institution (Signature)

```
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIFORNIA MENS COLONY
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: JAN. 15, 2007 THRU JUL. 26, 2007
```
Mar. 27, 2007

```
          TOTAL NUMBER OF STATEMENTS PRINTED:              1

    TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:       0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock    07-26-07
TRUST OFFICE

```
REPORT ID:                                       REPORT DATE: 08/08/07
                                                 PAGE NO:      1

              CALIFORNIA DEPARTMENT OF CORRECTIONS
              R.J. DONOVAN CORR. FACILITY
              INMATE TRUST ACCOUNTING SYSTEM
              INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2006 THRU AUG. 08, 2007

ACCOUNT NUMBER : C56483            BED/CELL NUMBER:
ACCOUNT NAME   : STEPHEN, JIMMIE EARL   ACCOUNT TYPE: T
PRIVILEGE GROUP:
                    TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  --------------  ---------  ---------  ---------  ------------  --------

09/01/2006  BEGINNING BALANCE                                                0.39

09/01 VD97  REVERSE PAYRO   0927/0484              56.44-                   56.05-
09/01 VD50  INMATE-PAYROL   0930/0484              56.44                     0.39
09/06 D550  INMATE PAYROL   0979/AUG06             61.18                    61.57
09/08 W515  COPY CHARGE     1031/SEP06                         0.70         60.87
09/08 W502  POSTAGE CHARG   1034/SEP06                         0.39         60.48
09/08 W502  POSTAGE CHARG   1034/SEP06                         0.39         60.09
09/12 W516  LEGAL COPY CH   1075/LEGAL                         0.60         59.49
09/14 W213  FEDERAL FILIN   1127C56483                        12.24         47.25
09/21 W213  FEDERAL FILIN   1222C56483                        12.24         35.01
09/26 W516  LEGAL COPY CH   1288/LEGAL                         2.60         32.41
09/27 W415  CASH WITHDRAW   1304/LEGAL 015125300               9.00         23.41
10/05 D550  INMATE PAYROL   1393/SEP06             48.14                    71.55
10/06 W213  FEDERAL FILIN   1425C56483                         9.63         61.92
10/06 W213  FEDERAL FILIN   1425C56483                        12.24         49.68
10/16 W536  COPAY CHARGE    1558/SEP06                         5.00         44.68
10/16 W536  COPAY CHARGE    1558/SEP06                         5.00         39.68
10/17 W512  LEGAL POSTAGE   1571/OCT06                         0.87         38.81
10/17 W512  LEGAL POSTAGE   1571/OCT06                         0.39         38.42
10/17 W516  LEGAL COPY CH   1572/SEP06                         0.63         37.79
10/17 W516  LEGAL COPY CH   1572/SEP06                         0.63         37.16
10/17 W516  LEGAL COPY CH   1573/OCT06                         1.30         35.86
10/19 W502  POSTAGE CHARG   1615/09-06                         0.39         35.47
10/25 FC06  DRAW-FAC 0      1852/F63RD                        35.00          0.47
10/28 W512  LEGAL POSTAGE   1681/OCT06                         0.39          0.08
11/06 D550  INMATE PAYROL   1871/OCT06              9.91                     9.99
11/07 FC01  DRAW-FAC 1      602291                            35.00         25.01-
11/08 W512  LEGAL POSTAGE   1933/OCT06                         0.39         25.40-
11/08 W512  LEGAL POSTAGE   1933/OCT06                         0.39         25.79-
11/08 W512  LEGAL POSTAGE   1933/OCT06                         0.39         26.18-
11/08 W512  LEGAL POSTAGE   1933/OCT06                         0.87         27.05-
11/08 W512  LEGAL POSTAGE   1933/OCT06                         0.39         27.44-
11/08 W512  LEGAL POSTAGE   1933/OCT06                         0.39         27.83-
11/08 W512  LEGAL POSTAGE   1935/NOV06                         0.39         28.22-
11/08 W512  LEGAL POSTAGE   1935/NOV06                         0.39         28.61-
11/08 W512  LEGAL POSTAGE   1935/NOV06                         0.39         29.00-
11/08 W512  LEGAL POSTAGE   1935/NOV06                         0.39         29.39-
11/08 W516  LEGAL COPY CH   1943/OCT06                         2.50         31.89-
11/15 W512  LEGAL POSTAGE   2035/NOV06                         0.39         32.28-
11/15 W512  LEGAL POSTAGE   2035/NOV06                         0.39         32.67-
11/15 W512  LEGAL POSTAGE   2035/NOV06                         0.39         33.06-
11/15 W512  LEGAL POSTAGE   2035/NOV06                         0.39         33.45-
11/15 W512  LEGAL POSTAGE   2035/NOV06                         0.39         33.84-
```

REPORT ID: TS3030                                    REPORT DATE: 08/08/07
                                                     PAGE NO: 2

R.J. DONOVAN CORR. FACILITY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2006 THRU AUG. 08, 2007

ACCT: C56483    ACCT NAME: STEPHEN, JIMMIE EARL    ACCT TYPE: T

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 11/15 | W512 | LEGAL POSTAGE | 2035/NOV06 | | | 0.39 | 34.23- |
| 11/15 | W512 | LEGAL POSTAGE | 2035/NOV06 | | | 0.39 | 34.62- |
| 12/05 | W512 | LEGAL POSTAGE | 2249/DEC06 | | | 0.37 | 34.99- |
| 12/06 | FR01 | CANTEEN RETUR | 602290 | | | 35.00- | 0.01 |
| ACTIVITY FOR 2007 | | | | | | | |
| 03/28 | W534 | MEDICAL CHARG | 4026/ETE | | | 0.01 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.39 | 119.23 | 119.62 | 0.00 | 0.00 | 0.00 |

                                    CURRENT
                                    AVAILABLE
                                    BALANCE
                                    ----------
                                      0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock  08-08-2007
TRUST OFFICE