FILED

UNITED STATES COURT OF APPEALS

FEB 15 2008

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| In re: JIMMIE EARL STEPHEN, | No. 94-80280 |
|---|---|
| Respondent, | DC#s CV-07-2112-LAB Southern California |
| | ORDER |

FILED

FEB 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed January 2, 2008 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

A certified copy of this order served on the district court for the Southern District of California shall constitute the mandate of this court.

The court has also received on December 31, 2007 a document entitled certificate of appealability, which references this district court docket along with eight other district court actions. All forms of relief requested in the context of that document are denied.

94-80280

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

PROSE

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

FEB 1 5 2008

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
94-80280 Stephen, et al v. -

In re: JIMMIE EARL STEPHEN
    Respondent

Jimmie Earl Stephen
#C-56483
[COR LD NTC prs]
CALIFORNIA MEN'S COLONY WEST
CMC-1
P.O. Box 8101
San Luis Obispo, CA 93409-8101